FILED

2008 MAY 28 PM 12: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 151298    - MB

May 28, 2008
11:49:48

## Habeas Corpus

USAO #.: 08CV0678 HABEAS CORPUS
Judge..: NAPOLEON A JONES, JR
Amount.:                    $5.00 CK
Check#.: BC186-068250

Total-> $5.00

FROM: TERRY LYNN HAWKINS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LYNN HAWKINS,<br><br>            Petitioner,<br><br>      v.<br><br>UNKNOWN, Warden<br>**FREDERICK B. HAWS WARDEN**<br>            Respondent. | Civil No.  08cv0678 J (PCL)<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than June 20, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: April 18, 2008

HON. NAPOLEON A. JONES, JR.
United States District Judge

## ACKNOWLEDGMENT OF MAILING

I, <u>TERRY LYNN HAWKINS</u>, am a resident of California State Prison – Los Angeles County (LAC) at Lancaster, county of Los Angeles, California, and I am at least 18 years of age. My mailing address is California State Prison – Los Angeles County, Facility <u>A</u>, Building <u>A2</u>, Bed <u>238</u>, P.O. Box <u>8457</u>, Lancaster, California 93536.

On <u>April 28</u>, 20<u>08</u>, I mailed a true and correct copy of the following document(s): *(YOU DO NOT HAVE TO GO INTO DETAIL ABOUT THE DOCUMENTS)*

LEGAL DOCUMENTS

On each party listed below by placing it in an envelope, with adequate postage or provided, and by depositing said envelope in a box for the United States Mail at LAC, 44750 60th Street West, Lancaster, California 93536.

This copy is being mailed to:

UNI�ances TED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
SUITE 4290 880 FRONT STREET SAN DIEGO CA, 92101-8900

I have additional copies to:

There are regular delivery services by the United States Mail between the above place of mailing and the parties listed.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: <u>April 28</u> 20<u>08</u>, at Lancaster, California 93536.

Signed: _____, CDC# <u>V-31556</u>

---

**LAC MAILROOM ACKNOWLEDGMENT OF MAILING**
DATED: _____
SIGNED: _____

---

**Revised:** February 8, 2005